

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| WELLS FARGO BANK, N.A. | § § | |
| V. | § § | CIVIL ACTION NO. H-23-2510 |
| THE TITUS LAW FIRM PC | § § | |

## **NOTICE OF CANCELLATION**

This case has been **CANCELLED** for the following before Senior United States District Judge Sim Lake until further notice:

### INITIAL SCHEDULING CONFERENCE

Date:   September 29, 2023

Time:   3:00 p.m.

Place:   515 Rusk
Courtroom 9-B, 9th Floor
Houston, Texas

To:   All Parties of Record


For inquiries regarding the above setting please contact:

Sheila R. Anderson,
Case Manager for
Senior United States District Judge Sim Lake

sheila_r_anderson@txs.uscourts.gov

September 18, 2023