**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVIVION**

| | | |
|---|---|---|
| **WELLS FARGO BANK, N.A.,** | § | |
| **Plaintiff/Garnishor,** | § | |
| | § | |
| **V.** | § | |
| | § | |
| | § | |
| **CADENCE BANK, N.A.** | § | **CIVIL ACTION NO. 4:23-cv-02510** |
| **Garnishee,** | § | |
| | § | |
| **And** | § | |
| | § | |
| **THE TITUS LAW FIRM, PC** | § | |
| **Judgment Debtors,** | § | |
| | § | |

## AGREED JUDGMENT

Came on Plaintiff/Garnishor Wells Fargo Bank, N.A., who, following the filing of an Original Answer herein by Garnishee Cadence Bank, N.A. ("Cadence Bank") submitted the following judgment in this case. The Court, having been notified by Plaintiff that all Judgment-Defenant has been properly served with a copy of the Writ of Garnishment in accordance with Rule 663a, while Judgment-Defendant The Titus Law Firm, PC also received the notices required by Rule 679b, is of the opinion that judgment should be rendered in accordance with the pleadings on file and as set forth herein. Therefore, it is

**ORDERED, ADJUDGED, and DECREED THAT:**

1.      WELLS FARGO BANK, N.A., recover against CADENCE BANK the sum of $2,386.93.

2.      CADENCE BANK recover against Judgment Defendant, THE TITUS LAW FIRM, PC its reasonable and necessary attorneys' fees incurred in this proceeding in the amount of

**AGREED JUDGMENT OF GARNISHMENT**
        **Page 1**

$1,250.00, plus Cadence Bank's administrative processing fee of $150.00.

3. It is further **ORDERED** that any funds and effects being held by Cadence Bank, pursuant to the Writ of Garnishment issued in this cause are to be released.

4. No execution or other writs to enforce this judgment shall issue until forty (40) days from the date this judgment is signed by the Presiding Judge. An appeal of this judgment by the Judgment Defendant shall automatically stay enforcement of this judgment pending appeal, without bond, and

5. It is further **ORDERED, ADJUDGED, and DECREED** that CADENCE BANK is by this Agreed Final Judgment discharged of all liability to Judgment Defendant and to Plaintiff/Garnishor to the extent of the sums above ordered; and

6. It is further **ORDERED, ADJUDGED, and DECREED** that if this Agreed Final Judgment is set aside, reformed, or reversed for any reason by any court of competent jurisdiction, Plaintiff/Garnishor agrees to, shall, and hereby does Indemnify Garnishee for any and all sums paid by Garnishee pursuant to this Agreed Final Judgment and/or shall immediately return such funds to the registry of the Court.

7. All costs of court are taxed against the party incurring the same. All relief not expressly granted herein is denied; and this judgment finally disposes of all parties and all claims and is appealable. This is meant to be a Final Judgment pursuant to the Texas Supreme Court's decision in *Lehmann v. Har-Con Corp.*, 39 S.W. 3d 191 (Tex. 2001).

SIGNED this _____ day of _____, 2026.

_____
JUDGE PRESIDING

**AGREED JUDGMENT OF GARNISHMENT**
   **Page 2**

AGREED AS TO FORM ONLY:

LAW FIRM OF SHAWN M. GRADY, PLLC

By: ___/s/ Shawn M. Grady_____
Shawn M. Grady
SBN 24076411
shawn@gradycollectionlaw.com
2100 West Loop South, Ste. 805
Houston, Texas 77027
Phone (832) 692-4542
Fax (832) 565-1796

ATTORNEY FOR JUDGMENT DEBTOR

-and-

STRIPLING, PEDERSEN, & FLOYD

By: _____
Bill Pedersen, Jr.
State Bar No. 15715000
Email: billpedersen@striplinglaw.com
P.O. Drawer 630870
Nacogdoches, Texas 75963-0870
Tel: (936) 564-0445
Fax: (936) 569-1232

ATTORNEY FOR GARNISHEE

-and-

FOX ROTHSCHILD, LLP

By: _Robert J Palmer by permission_____
Robert J. Palmer
State Bar No. 24013286
Email: RPalmer@foxrothschild.com
Saint Ann Court
2501 North Harwood St Ste 1800
Dallas, Texas 75201

AGREED JUDGMENT OF GARNISHMENT
Page 3

Tel: (972) 991-0889
Fax: (972) 404-0516

**ATTORNEYS FOR PLAINTIFF/GARNISHOR
WELLS FARGO BANK, N.A.**